# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARY SIMS and DAVID SIMS, SR., ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No. |
| ) | 5:15-CV-285-CAR |
| v. ) | |
| ) | [From Hancock County Superior Court, |
| ) | Civil Action File No. 2015-SU-CV-63] |
| WILLIAM EVANS, in his official capacity ) | |
| as Mayor of the City of Sparta; SPARTA ) | |
| POLICE DEPARTMENT; HANCOCK COUNTY ) | |
| BOARD OF EDUCATION, and GLEN INGRAM, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

COMES NOW, Hancock County Board of Education (hereinafter referred to as "this Defendant"), and pursuant to 28 U.S.C. § 1446 files this Notice of Removal and respectfully shows the Court the following:

1.

Plaintiffs filed suit against the Defendants in the Superior Court of Hancock County, which county is within the Macon Division of this Court. This suit is styled as above and is Civil Action No. 2015-SU-CV-63 in that court.

2.

Plaintiffs' Complaint was filed on June 25, 2015 in the Superior Court of Hancock County. It was served on Hancock County Board of Education c/o Dr. Charles Culver on June 29, 2015. This Defendant shows that this Notice is filed within 30 days from the date of service of the Summons and Complaint.

3.

As it appears from the copy of Plaintiffs' Complaint, Plaintiffs seek recovery from the Defendants for alleged violations of federal law, namely 42 U.S.C. § 1983. (See Plaintiffs' Complaint, ¶¶ 1, 22, 23).

4.

Plaintiffs' civil action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.  This civil action is one over which this District Court has original jurisdiction because it is founded on a claim arising out of the Constitution and laws of the United States.

5.

All Defendants consent to removal of this action to this Court as evidenced by the signature of counsel below for Defendant Hancock County Board of Education and by signature of Defendant Glen Ingram and signature of counsel for Defendants William Evans and Sparta Police Department, appearing in Defendants Ingram's, Evans' and Sparta Police Department's Consents for Removal attached hereto as Exhibit 1.

5.

This Defendant attaches hereto as Exhibit 2 a copy of all process and pleadings served upon this Defendant in this referenced action.

6.

This Defendant has given written notice to the Clerk of the Superior Court of Hancock County of filing this Notice of Removal.  A copy of the Notice is attached hereto as Exhibit 3.

7.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

WHEREFORE, this Defendant respectfully requests that this Court assume full jurisdiction of the controversy now pending between the Plaintiff and all of the Defendants named in the above-styled case in the Superior Court of Hancock County as provided by law.

Respectfully submitted, this 23rd day of July, 2015.

**HARBEN, HARTLEY & HAWKINS, LLP**

*s/Hieu M. Nguyen*
Phillip L. Hartley
Georgia Bar No. 333987
Hieu M. Nguyen
Georgia Bar No. 382526
Attorneys for Defendant Hancock County
Board of Education

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone:  (770) 534-7341
Facsimile:  (770) 532-0399
Email: phartley@hhhlawyers.com
hnguyen@hhhlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY SIMS and DAVID SIMS, SR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> WILLIAM EVANS, in his official capacity ) <br> as Mayor of the City of Sparta; SPARTA ) <br> POLICE DEPARTMENT; HANCOCK COUNTY ) <br> BOARD OF EDUCATION, and GLEN INGRAM, ) <br> individually, ) <br> ) <br> Defendants. ) <br> ) | Civil Action File No. <br><br> _____ <br><br> [From Hancock County Superior Court, <br> Civil Action File No. 2015-SU-CV-63] |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the *Notice of Removal* upon all counsel of record by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

LaToya A. Hutchinson, Esq.
Georgia Legal Resource Center & Law
  Group, LLC
P. O. Box 13
Greensboro, Georgia 30642

Chief Glen Ingram
Sparta Police Department
12912 Broad Street
Sparta, GA 31087

Thomas F. Richardson
Chambless, Higdon, Richardson,
 Katz & Griggs, LLP
3920 Arkwright Road, Suite 405
P. O. Box 18086
Macon, GA 31209-8086

This 23rd day of July, 2015.

HARBEN, HARTLEY & HAWKINS, LLP

*s/Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No. 382526

4

Wells Fargo Center, Suite 750  Attorney for Defendant Hancock County
340 Jesse Jewell Parkway  Board of Education
Gainesville, Georgia 30501
Telephone:  (770) 534-7341
Facsimile:  (770) 532-0399
Email:   hnguyen@hhhlawyers.com