# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY SIMS and DAVID SIMS, SR., ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No. |
| ) | |
| v. ) | _____ |
| ) | [From Hancock County Superior Court, |
| ) | Civil Action File No. 2015-SU-CV-63] |
| WILLIAM EVANS, in his official capacity ) | |
| as Mayor of the City of Sparta; SPARTA ) | |
| POLICE DEPARTMENT; HANCOCK COUNTY ) | |
| BOARD OF EDUCATION, and GLEN INGRAM, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## CONSENT TO REMOVAL OF CIVIL ACTION

COME NOW, William Evans and Sparta Police Department, two of the named Defendants in the above-styled action, and hereby consent and join the removal of this case from the Superior Court of Hancock County, Georgia, to the United States District Court for the Middle District of Georgia, Macon Division.

This ___ day of July, 2015.

_____
Thomas F. Richardson
Georgia Bar No. 604325
Attorney for Defendants William Evans
and Sparta Police Department

CHAMBLESS, HIGDON, RICHARDSON,
KATZ & GRIGGS, LLP
3920 Arkwright Road, Ste. 405
P. O. Box 18086
Macon, GA 31209-8086
(478) 745-1181

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| MARY SIMS and DAVID SIMS, SR., | ) |
| Plaintiffs, | ) Civil Action File No. |
| v. | ) |
| | ) [From Hancock County Superior Court, |
| | ) Civil Action File No. 2015-SU-CV-63] |
| WILLIAM EVANS, in his official capacity as Mayor of the City of Sparta; SPARTA POLICE DEPARTMENT; HANCOCK COUNTY BOARD OF EDUCATION, and GLEN INGRAM, individually, | ) |
| Defendants. | ) |

## CONSENT TO REMOVAL OF CIVIL ACTION

State of Georgia )
County of Hancock )

COMES NOW, Glen Ingram, one of the named Defendants in the above-styled action, and hereby consents and joins the removal of this case from the Superior Court of Hancock County, Georgia, to the United States District Court for the Middle District of Georgia, Macon Division.

This 21st day of July, 2015.

_____
Glen Ingram
12912 Broad Street
Sparta, Georgia 31087

Subscribed and Sworn to before me
this 21st day of July, 2015.

_____
Notary Public, State of Georgia
My Commission Expires: 5/16/17