# EXHIBIT 3

IN THE SUPERIOR COURT OF HANCOCK COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARY SIMS and DAVID SIMS, SR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File |
| ) | No.: 2015-SU-CV-63 |
| WILLIAM EVANS, in his official capacity ) | |
| as Mayor of the City of Sparta; SPARTA ) | |
| POLICE DEPARTMENT; HANCOCK COUNTY ) | |
| BOARD OF EDUCATION, and GLEN INGRAM, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL OF DEFENDANT HANCOCK COUNTY BOARD OF EDUCATION

TO:  Clerk, Hancock County Superior Court
Hancock County Courthouse
10571 Hwy 15 North
Sparta, Georgia 31087

LaToya A. Hutchinson, Esq.
Georgia Legal Resource Center & Law Group, LLC
P. O. Box 13
Greensboro, Georgia 30642

YOU ARE HEREBY NOTIFIED that the Hancock County Board of Education (hereinafter referred to as "this Defendant") in the above-styled lawsuit filed in the Superior Court of Hancock County, State of Georgia, denominated with Civil Action No. 2015-SU-CV-63 has this day filed a Notice of Removal in the United States District Court for the Middle District of Georgia, Macon Division, together with a copy of all process and pleadings served upon this Defendant in this case. A copy of the Notice of Removal is attached hereto and marked Exhibit "A".

Respectfully submitted, this 23rd day of July, 2015.

1

HARBEN, HARTLEY & HAWKINS, LLP

_____
Phillip L. Hartley
Georgia Bar No. 333987

Hieu M. Nguyen
Georgia Bar No. 382526

Attorneys for Defendant Hancock County
Board of Education

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399

2

IN THE SUPERIOR COURT OF HANCOCK COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARY SIMS and DAVID SIMS, SR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File |
| ) | No.: 2015-SU-CV-63 |
| WILLIAM EVANS, in his official capacity ) | |
| as Mayor of the City of Sparta; *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed and served a copy of the *Notice of Filing Notice of Removal of Defendant Hancock County Board of Education* with the Clerk of the Court and all parties by placing same in a properly addressed envelope and deposited in the United States Mail with proper postage affixed thereto to the following:

LaToya A. Hutchinson, Esq.
Georgia Legal Resource Center & Law
 Group, LLC
P. O. Box 13
Greensboro, Georgia 30642

Chief Glen Ingram
Sparta Police Department
12912 Broad Street
Sparta, GA 31087

Thomas F. Richardson
Chambless, Higdon, Richardson,
 Katz & Griggs, LLP
3920 Arkwright Road, Suite 405
P. O. Box 18086
Macon, GA 31209-8086

This 23rd day of July, 2015.

HARBEN, HARTLEY & HAWKINS, LLP

_____
Hieu M. Nguyen
Georgia Bar No. 382526
Attorney for Defendant Hancock County
Board of Education

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399

3