**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| MARY SIMS and DAVID SIMS, SR., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 5:15-cv-00285-CAR |
| | ) | |
| | ) | |
| WILLIAM EVANS, in his official capacity | ) | |
| as Mayor of the City of Sparta; SPARTA | ) | |
| POLICE DEPARTMENT; HANCOCK COUNTY | ) | |
| BOARD OF EDUCATION, and GLEN INGRAM, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS ON BEHALF OF
## DEFENDANT HANCOCK COUNTY BOARD OF EDUCATION

COMES NOW Defendant Hancock County Board of Education[1] and moves for dismissal

of Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds for this Motion to Dismiss are:

(1) the statute of limitations has run on Plaintiffs' claims; and

(2) Plaintiffs' state law claims against the School District are barred by the constitutional

doctrine of sovereign immunity.

These grounds are more fully discussed in the accompanying Brief in Support of

Defendant Hancock County Board of Education's Motion to Dismiss.

---

[1] The Hancock County Board of Education is not a proper party capable of being sued. By filing
this Motion, this Defendant is not waiving the right to assert that the "Hancock County Board of
Education" is not a property party. The proper party is the Hancock County School District and
this Defendant will refer throughout this Motion to Defendant "School District."

Respectfully submitted, this 24th day of July, 2015.

**HARBEN, HARTLEY & HAWKINS, LLP**

*s/Hieu M. Nguyen*
Phillip L. Hartley
Georgia Bar No. 333987
Hieu M. Nguyen
Georgia Bar No. 382526
Attorneys for Defendant Hancock County
Board of Education

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone:  (770) 534-7341
Facsimile:  (770) 532-0399
Email:  phartley@hhhlawyers.com
Email:  hnguyen@hhhlawyers.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| MARY SIMS and DAVID SIMS, SR., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 5:15-cv-00285-CAR |
| | ) | |
| | ) | |
| WILLIAM EVANS, in his official capacity | ) | |
| as Mayor of the City of Sparta; SPARTA | ) | |
| POLICE DEPARTMENT; HANCOCK COUNTY | ) | |
| BOARD OF EDUCATION, and GLEN INGRAM, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2015, I electronically filed the *Motion to Dismiss on Behalf of Defendant Hancock County Board of Education* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

LaToya A. Hutchinson, Esq.
Georgia Legal Resource Center & Law
  Group, LLC
P. O. Box 13
Greensboro, Georgia 30642
lah@hutchinsonlawoffices.com

Thomas F. Richardson
Chambless, Higdon, Richardson,
  Katz & Griggs, LLP
3920 Arkwright Road, Suite 405
P. O. Box 18086
Macon, GA 31209-8086
trichardson@chrkglaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following:

Randall C. Farmer
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060
rfarmer@gregorydoylefirm.com

3

**HARBEN, HARTLEY & HAWKINS, LLP**

*s/Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No. 382526
**Attorney for Defendant Hancock County**
**Board of Education**

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone:  (770) 534-7341
Facsimile:  (770) 532-0399
Email:   hnguyen@hhhlawyers.com